## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

NEW BALANCE ATHLETICS, INC.,

     Plaintiff,

     v.

GOLDEN GOOSE USA, INC.,

     Defendant.

C.A. No. 23-cv-11898

## **COMPLAINT**

1.     This case concerns the willful infringement of common law trade dress owned by New Balance Athletics, Inc. ("New Balance"), and the deliberate attempt by Golden Goose USA, Inc. ("Golden Goose") to foster a perceived association between its products and New Balance in the minds of consumers.

2.     New Balance is a leading global footwear and apparel company. Its flagship model shoe, which it has sold for more than forty years, is called the 990. The 990 is among the company's most famous and best-selling products. It has been described in the press as "an all-time classic," "iconic," and "beloved." *See* Exhibits 1, 2, and 3.

3.     Since its launch in 1982, the design of the 990 has evolved across six versions, each of which continue to be sold today. The versions are generally identified as 990v1, 990v2, 990v3, etc. Although the versions have some design differences, all of them, and especially versions two through six, use a common design language to incorporate a particular 990 "look" that consumers exclusively associate with New Balance as source.[1]

---

[1] The specific design elements comprising the trade dress are described in paragraphs 41-43.

4.      New Balance has spent millions of dollars promoting the 990 family of shoes and developing consumers' exclusive association between the distinctive 990 design and New Balance as source.

5.      In late 2020, defendant Golden Goose began selling a shoe called the "Dad-Star" using a design that is confusingly similar to the 990 trade dress:



6.      In addition to adopting a confusingly similar design, Golden Goose prominently used shades of grey in its infringing shoe model, which increases the likelihood of confusion. New Balance and the 990 model are famously associated with the color grey.  *See, e.g.,* Exhibit 4 ("When you see grey sneakers, you think New Balance. In much the same way that Coca-Cola and Tiffany have claimed ownership of their respective tones of red and blue, the Bostonian

2

footwear manufacturer has become synonymous with its own neutral shade of pigskin suede."). The color grey is so associated with the brand that New Balance has a dedicated "Grey Shop" on its website (*see* Exhibit 5) and, since 2018, it has globally marketed an event called "Grey Day," which features pop-up shops, art, events, and curated collections of special footwear and apparel products in grey.

7.      Golden Goose also adopted a model name—the "Dad-Star"—that uniquely indicates New Balance.  Originally a pejorative term, a "dad shoe" describes sneakers with a chunky appearance and traditionally worn by (presumptively) uncool fathers.  The "dad shoe" style eventually became popular, due in large part to its adoption by fashion models and celebrities.  New Balance is well-known as the "dad shoe" brand and fosters an association with the term.  *See, e.g.,* Exhibit 6 ("While there may have been a few pretenders to the throne over the course of the last few years, when it comes to the so-called dad sneaker, there's one label that reigns supreme: New Balance.").  Within the New Balance model family, the 990 is known to consumers as the "original" dad shoe.  *See* Exhibit 7.  New Balance famously embraced the seemingly incongruent demographic appeal of the 990 as part of a global marketing campaign:



8.      Upon information and belief, Golden Goose is a serial copyist.  According to "A History of Luxury Sneaker Copycats," Golden Goose's "whole thing seems to be grabbing vintage trainers, covering them with top notch materials, and then thrashing them to achieve their "stylishly distressed" look."  *See* Exhibit 8.  This action is another example of Golden Goose free riding on the creative work and goodwill of others.

9.      Given the renown of the New Balance 990 and Golden Goose's use of a virtually identical trade dress, the color grey, and the model name "Dad-Star," ordinary consumers are likely to be confused and erroneously believe that New Balance has an affiliation, connection, or association with the Golden Goose shoe, or that New Balance has sponsored or approved the use of the design by Golden Goose.

10.     Indeed, actual confusion has already occurred.



*See* https://twitter.com/Chasee4Chasee/status/1678428236768788483?s=20, visited July 11, 2023.

11.     Golden Goose's infringement of New Balance's trade dress and its efforts to deliberately associate its products with the New Balance brand have and will continue to irreparably harm New Balance and the substantial goodwill New Balance has developed in the same.  It also has and will cause monetary harm in an amount to be determined at trial.

## PARTIES

12.     New Balance is a Massachusetts corporation with its principal place of business at 100 Guest Street, Boston, Massachusetts 02135.

13.     Upon information and belief, Golden Goose is a Delaware corporation with its principal place of business at 120 Broadway, New York, NY 10271.

## JURISDICTION AND VENUE

14.     This Court has subject matter jurisdiction over these claims pursuant to 15 U.S.C. § 1125(a), 28 U.S.C. §§ 1331, 1332(a)(2), 1338(a) and (b), and this Court's supplemental jurisdiction under 28 U.S.C. § 1367.  Plaintiff New Balance is a citizen of Massachusetts.  Upon information and belief, Defendant Golden Goose is a citizen of New York.  As such, there is complete diversity of the parties.  The matter in controversy exceeds $75,000, exclusive of interests and costs.

15.     Upon information and belief, venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c) because this is the judicial district where: (i) a substantial part of the events giving rise to the claims occurred; and (ii) where Defendant is subject to personal jurisdiction.

16.     Upon information and belief, Defendant regularly solicits and conducts business in Massachusetts.  Specifically, Golden Goose promotes and sells its goods, including the infringing goods, within Massachusetts.  In addition, upon information and belief, Golden Goose employs individuals and operates a Golden Goose store in Boston, Massachusetts and distributes to third-party retailers that also sell the infringing goods in Massachusetts.  Golden Goose also maintains a website available in Massachusetts that facilitates and/or enables users to purchase the infringing goods in and from Massachusetts.

## FACTS

17.     New Balance is a private company that was founded in 1906, and headquartered in Brighton, Massachusetts.  Today, New Balance is one of the largest athletic footwear and apparel companies in the world, offering products in more than 120 countries.  It has over 7,000 employees worldwide.

18.     Since its earliest days, New Balance has focused on fit and authenticity as its core brand message.  New Balance is one of the few athletic footwear manufacturers to make shoes in true width sizing, rather than the more common narrow and wide.  It is the only major company that manufactures athletic footwear in factories in the United States.  Because of its brand qualities, New Balance has some of the most brand-loyal customers in the marketplace.

19.     New Balance sells a complete line of performance footwear, including running, walking, hiking, basketball, baseball, soccer, tennis, and golf shoes.  New Balance also sells lifestyle footwear that may have some performance characteristics but are popular because they are fashionable or "on trend."  New Balance's footwear in its lifestyle category accounts for more than a billion dollars in annual revenue.

### New Balance's Intellectual Property

#### *The 990 Model*

20.     New Balance introduced the original 990 in 1982.  It was the most advanced running shoe at the time and quickly became known for both its innovative technology and distinctive design.  It was the first sneaker to cost over $100 and, as a consequence, its launch received substantial press coverage.

21.     The 990 was an instant success and in the decade following its launch it became synonymous with the New Balance brand.

22.     New Balance periodically updates the 990 to incorporate new materials and keep the aesthetic current.  In 1998 the company launched the 990v2 and in 2012, it launched the 990v3.  Since that time, the company has released the v4, v5, and, most recently in 2022, the v6. The earlier models continue to be sold.

23.     New Balance has spent many millions of dollars promoting the 990 and its design to consumers.  For example, since its recent launch, New Balance has spent approximately $1.5 million promoting the 990v6.

24.     New Balance markets the 990 in a variety of marketing channels, including print, digital, social media, and at point of purchase.  This marketing has received many millions of consumer impressions.

25.     The third-party articles concerning the 990 cited in this complaint correspond to commercial impressions of approximately 254,000,000.

26.     New Balance's website has more than thirty-five million annual visitors; its Instagram account has more than six million followers; and its Facebook account has more than eight million followers.  All these channels prominently feature the 990.

27.     New Balance print and social media advertisements for the 990 typically use "hero shots" to emphasize the design.  For example:




 

28.     New Balance also advertises the 990 using stop-motion videos that specifically emphasize the pattern of construction that makes up the design:



*See* https://www.instagram.com/p/BxxBYAYncjY, visited August 16, 2023.

29.     New Balance has sold more than a million pairs of each 990v1 through 990v5. Since its launch in November 2022, New Balance has already sold hundreds of thousands of pairs of the 990v6.

30.     New Balance's sales of 990 models represents many hundreds of millions of dollars in revenue.

31.     The 990 is frequently the subject of unsolicited media coverage and has been widely acknowledged in the fashion and footwear media for its fame and iconic design.  For example:

- **GQ:** "an all-time classic shoe" that has enjoyed "ultra-broad success."  *See* Exhibit 1.

- **Hypebeast:** "iconic…silhouette".  *See* Exhibit 2.

- **Sneaker Freaker:** "[f]amed for its idiosyncratic proportions and unique charms" the 990 is "at the vanguard of everything New Balance stands for."  *See* Exhibit 9.

- **Mr. Porter:** "the silhouette has stood the test of time through consistent evolution that has always ensured the integrity of the original".  *See* Exhibit 10.

- **GQ:** "Halfway through the manufacturing process, about 90 seconds before they start looking like shoes, New Balance 990s are just two-dimensional slabs of branded fabric and leather, flat enough to be stacked, rubber–banded together, and passed from one worker to the next. As much as the two gray "N" logos stitched on each sheet of 990 material, it is the pattern of the upper that makes it recognizable, even without the familiar curves of a sneaker. Somehow, the essence of the 990 arrives ahead of those things that actually make it a shoe—sole, laces, tongue—beloved for years by normcore icons Adam Sandler and Steve Jobs, and, more recently, by style mavericks like Chris Pine, Zoë Kravitz, and Timothée Chalamet."  *See* Exhibit 3.

32.     The 990 is particularly popular among the fashion conscious and celebrity trend-setters.  Celebrities seen wearing 990s include: Chris Pratt, Orlando Bloom, Alessandra Ambrosio, Justin Bieber, Steve Jobs, Timothee Chalamet, Leonardo Dicaprio, and Gigi Hadid.  New Balance pays none of these people to wear its shoes.

33.     Beginning in 2019 New Balance began collaborating with the famous fashion designer Teddy Santis and his brand Aimé Leon Dore.  Mr. Santis is the Creative Director of New Balance's premium MADE product line, which includes the 990.  Among other things, he has collaborated with New Balance on special versions of the 990 available in exclusive materials and colorways.  The collaboration with Mr. Santis has received substantial coverage in

the fashion press; for example, the following from GQ:

> The collection comprises three classic Made In USA 990 silhouettes—the V1, V2, and V3—which are characterized by their fuss-free silhouettes, and which get larger, chunkier and more dad shoe-esque as the number increases. Santis' take on the sneakers come in the shoe's signature gray colorway, with additional hits of a new, stony tone for NB, "marblehead". Each of the shoes, which are crafted using premium pigskin suede and mesh, and feature textured, hairy suede details across the upper, have been designed to go with anything you might have pre-existing in your wardrobe. Indeed upon the announcement of his role at New Balance, Santis explained "I was drawn to New Balance for the way it has built a business founded on values such as integrity and authenticity, rather than passing hype."

*See, e.g.,* Exhibit 11.

34.     New Balance has also collaborated with other well-known third-party designers and brands to create special-edition 990 models, including: Salehe Bembury, Bodega, Stussy, JJJJound, Action Bronson, and Stray Rats.  These limited-edition collections are in high demand and sell out quickly.

35.     The design of the 990 is so well-known and coveted that it is frequently counterfeited.  In recent years, New Balance has spent millions of dollars and thousands of hours working with authorities in China, Southeast Asia, Europe, and Latin America to confiscate counterfeit 990 model shoes.

36.     Importantly, models 990v2 through 990v6 use a deliberate design language that is expressly intended to maintain a distinctive 990 "look" that has become source identifying among consumers.  New Balance is careful not to change the design too much from one version to the next.

37.     New Balance expressly touts this continuity of design language in its 990 marketing.  For example, on its website:



In digital advertising:



And on social media:

*See* https://www.instagram.com/p/CV5USlJlNPd/?hl=en, visited August 16, 2023.

38.     The continuity of design language is also the subject of fashion articles and designer interviews.  For example,

Although the differences between New Balance's 990v4 and v5 are negligible enough—beyond a plasticy TPU "power strap" towards the heel—the notion of a brand changing up its most successful shoe at all can be head-scratching. It's also scary. "There is always a fear," Eric Vassall, a product manager at New Balance tells me.

New Balance obviously found a sort of magical balance with the initial 990 model, and Vassall says the brand is careful not to tweak much from one version to the next. "We want to just focus on the one to two things we want to do and create excitement about it, and not sort of lose consumers from doing a little bit too much on the shoe," Vassall says.

*See* Exhibit 1.

39.     The primary significance of the 990 design elements is to identify New Balance as source.

40.     The 990 design elements are not functional in their combination.

41.     By virtue of consumers' exclusive association of the non-functional designs of the 990 model with New Balance, New Balance has developed protectable trade dress rights. Specifically, New Balance has developed protectable rights in at least the following distinctive combination of elements:

(i)     Upper composed primarily of multiple tones of a single color (usually grey, blue, or black)

(ii)    Upper including mesh underlay with suede overlay creating mesh windows in forefoot and midfoot

(iii)   Overlay bars ("sway bars") in lateral and medial forefoot regions

(iv)    Midsole having forefoot-to-midfoot portion of a first color (usually white) and different colored (usually grey) midfoot-to-heel portion

(v)     Outsole of contrasting color (usually predominantly black)

(vi)    Reflective accents in upper

(vii)   Reinforced rear eyelets (usually two on both medial and lateral sides)

42.     The below images illustrate the claimed elements:



Upper composed primarily of multiple tones of a single color (usually grey, blue, or black)

v3

v6

Upper including mesh underlay with suede overlay creating mesh windows in forefoot and midfoot



Overlay bars ("sway bars") in lateral and medial forefoot regions

v5

v2



V4

v3

Low Midsole having forefoot-to-midfoot portion of a first color (usually white) and different colored (usually grey) midfoot-to-heel portion

Outsole of contrasting color (usually predominantly black)



43.     Together, these elements are the "990 Trade Dress."

44.     New Balance has been the exclusive user and the sole source of the 990 Trade Dress for decades.

### *New Balance and Grey*

45.     New Balance has long been associated with the color grey.  Its core models are all available in grey colorways.  Whether it is a new model or a reissued classic, the company strives to make grey colorways available in the first or second season of availability.

46.     New Balance has spent many millions of dollars and thousands of hours creating and fostering the brand's distinctive association with the color grey.  For example, many of its advertisements feature grey colorways and grey themes:







47. Approximately one third of all shoes sold by New Balance are in grey colorways. This represents many millions of pairs of shoes and hundreds of millions of dollars in revenue.

48. Since 2018 New Balance has celebrated "Grey Day," an annual holiday that focuses on the company's heritage and long-standing relationship with the color grey. The day is marketed globally and is accompanied by pop-up shops, art, events, and curated collections of special footwear and apparel products in grey. For example:










49.     New Balance also has a section of its website that curates grey footwear and

apparel in what it calls the "Grey Shop."

50.     The company's distinctive association with the color grey is frequently the subject of unsolicited media coverage and has been widely acknowledged in the fashion and footwear media.  For example:

- **Sneaker Freaker:** "When you see grey sneakers, you think New Balance. In much the same way that Coca-Cola and Tiffany have claimed ownership of their respective tones of red and blue, the Bostonian footwear manufacturer has become synonymous with its own neutral shade of pigskin suede."  *See* Exhibit 4.

- **New York Times:** "New Balance, for example, is rooted in gray, omnipresent every season, suggestive of the urban running shoe, riffing on concrete. 'Doing gray right is something we take a lot of pride in," Ms. Ross said. "Every gray on our color ring has a character and personality: Castle Rock is warm; Steel is a blue tone. With legacy models, we make sure our tanneries never stray. They replicate with precision.'"  *See* Exhibit 12.

- **Gear Patrol:** "While the sneaker industry at large indulges in the chaos of color, New Balance, in many of their collections, remains true to their most beloved hue. In fact, one of their newest shoes, the Un-N-Ding, a 574 without the big "N" logo, features more than five shades of gray suede."  *See* Exhibit 13.

- **Sneaker Freaker:** "For hardcore New Balance fans, the world will always appear in shades of grey. From the circuit-breaking 990 to brand-new models like the 327, the overcast palette has become synonymous with the Boston label."  *See* Exhibit 14.

- **NSS Magazine:** "If it's true that colours have become the new logos of fashion brands, New Balance could almost get rid of that slightly inclined N on the side of its sneakers, letting a single shade of colour represent the brand. Glossier has taken over Millennial Pink, Valentino has created an unmistakable point of red, New Balance has elevated grey."  *See* Exhibit 15.

- **Sports Illustrated:** "Few companies are more closely associated with one distinctive color than New Balance. The quintessentially-American brand released its first all-grey colorway in 1980 to cater to urban running, and the iconic color remains a staple in New Balance footwear and apparel. Over forty years later, the brand is still proving that no color better elevates your style like Grey, and no one does Grey like New Balance." *See* Exhibit 16.

51.     As the company's flagship model shoe, the 990 shares this history and distinctive association with the color grey.  The 990 is available in a range of colorways, but its most

popular and well-known color is grey.  Indeed, approximately half of all 990 sold are grey colorways.

### *"Dad" Shoes*

52.     New Balance is well-known as the original "dad" shoe.  A dad shoe is fashion term originally coined to describe comfortable sneakers with a chunky appearance.  The term began as a pejorative because the wearers were presumed to be unfashionable and uncool.

53.     New Balance, with its reputation for quality, comfort, and more traditional styles, was strongly associated with the term within the zeitgeist.  Indeed, New Balance was so strongly associated with the concept that in 2013 it was the subject of a famous Saturday Night Live sketch—in the form of a parody advertisement for New Balance:



*See* https://www.youtube.com/watch?v=rGrtuqoHhcQ, visited August 16, 2023.  The ad opens with fit, younger athletes training in New Balance performance shoes and a voice over stating, "New Balance.  Shoes made for running."  It then cuts to a less fit, older male cast member who interjects, "But worn by chubby white guys in their late-30s to early-40s."  *See id*.

54.     More recently, fashionable consumers—e.g., models and celebrities—began wearing classic sneaker styles and New Balance was quickly adopted as the fashion world's go-to dad shoe.

55.     New Balance famously embraced the seemingly incongruent demographic appeal of the 990 as part of a global marketing campaign:



56.     The association between the company—and specifically the 990—and the "dad shoe" trend also has been widely acknowledged in the fashion and footwear media.  For example:

- **Footwear News:** "New Balance models inspired 'ugly sneaker' designs by Balenciaga and Gucci in 2017, where 'Normcore' and 'dad shoe' aesthetics turned aspirational, and put the brand back on fashion's radar. Ever since, New Balance's chunky sneakers have been a streetwear staple, worn by everyone from celebs, trendsetters, chic professionals, and perhaps your old man." *See* Exhibit 17.

- **Vogue:** "New Balance is behind the trendiest dad trainer around, the 990, but the 550 is fast gaining on it in terms of popularity." *See* Exhibit 18.

- **Teen Vogue:** "New Balance is no longer known as the brand only worn by dads." *See* Exhibit 19.

- **GQ:** "For 40 years, the 990—known for its gray suede upper, chunky sole, made-in-USA build, and eye-grabbing "N" logo—has seen a slow and steady evolution, first as a proper running shoe and then as one of the most beloved symbols of normcore style. In fact, we'd venture to call it the quintessential sneaker of the dad shoe era, and now, the Boston-based label has debuted the sixth iteration of its most iconic silhouette, aptly named the 990V6." *See* Exhibit 20.

57.    As a result of the foregoing, consumers associate the phrase "Dad shoe" with New Balance.

**<u>Defendant's Infringing Conduct</u>**

58.    Upon information and belief, Golden Goose S.p.A. was founded in 2000 in Italy. In conjunction with its United States subsidiary, Golden Goose USA, Inc., it designs and sells footwear and apparel.

59.    Upon information and belief, Golden Goose began selling the "Dad-Star" model shoe in or about October 2021.

60.    The shoe currently retails on its website at a price of $625.00:





Women's Dad-Star in white mesh and suede
$625

Men's Dad-Star in white and gray suede and white leather star
$625

Women's Dad-Star silver
$625

61.     Golden Goose began selling the "Dad-Star" after New Balance's 990 shoe design has already achieved significant market and critical design success and recognition.

62.     The design of the "Dad-Star" model shoe is confusingly similar to the distinctive design of the New Balance 990 Trade Dress.



63.     Upon information and belief, Golden Goose deliberately chose its grey colorways to create an association between its products and New Balance as source in the minds of consumers.

64.     Upon information and belief, Golden Goose deliberately chose the name "Dad-Star" to create an association between its products and New Balance as source in the minds of consumers.

65.     Upon information and belief, Golden Goose's sale of the "Dad-Star" model is intended to capitalize on and free-ride off of the success that New Balance has achieved with its 990 model shoe and its brand.

66.     Upon information and belief, Golden Goose's business strategy is to identify popular and innovative shoe designs and copy them to capitalize on the creativity of other shoe brands.  Its website includes numerous shoe models that evoke famous models sold by other brands.

67.     Upon information and belief, Golden Goose is a serial copyist.   According to "A History of Luxury Sneaker Copycats," Golden Goose's "whole thing seems to be grabbing vintage trainers, covering them with top notch materials, and then thrashing them to achieve their "stylishly distressed" look." *See* Exhibit 8.

68.     Numerous consumers have recognized that the Golden Goose "Dad-Star" is a knock-off New Balance 990.  For example:





*See* https://twitter.com/IcepickIsaacs/status/1506380221074841611,

https://www.youtube.com/watch?v=b5kSFb2wqak,

https://www.reddit.com/r/moresneakers/comments/10oba7m/golden_goose_dad_star/,

ttps://twitter.com/215Kay/status/1533822177467932672,

https://twitter.com/3dgWayne/status/1680031057544986624, and

https://twitter.com/GuruChillin/status/1618697529528565760?s=20, all visited August 16, 2023;

https://twitter.com/MissAmerykah_/status/1437402155451830275 and

https://twitter.com/Brotherwtbeard/status/1607206495325667330, both visited May 16, 2023.

69.     Golden Goose and New Balance advertise through overlapping marketing channels insofar as they use the Internet, including the same digital magazines and social media platforms, to market the relevant goods.  In addition, the parties' relevant goods are routinely the topic of discussion in the same fashion magazines and on popular fashion websites, blogs, and social media posts.

70.     Golden Goose and New Balance sell the relevant goods through overlapping sales channels insofar as they both sell their goods through retail stores and through the Internet.  The relevant goods are sold within the same shopping centers *and* within the same retail stores (e.g., Saks Fifth Avenue and Nordstrom).

71.     Upon information and belief, like New Balance, Golden Goose is also well-known for its collaborations with others.  Golden Goose's participation in collaborations significantly increases the likelihood of consumer confusion concerning an affiliation, connection, or association between New Balance and Golden Goose because consumers are likely to believe that New Balance authorized or licensed Golden Goose to use the distinctive 990 shoe design on its shoes.

72.     Indeed, consumers have expressed the belief that Golden Goose and New Balance are collaborators:



*See* https://twitter.com/Dess_Dta/status/1607056079380418562, visited August 16, 2023.  They

are not—New Balance never authorized or licensed Golden Goose to use its 990 Trade Dress.

73.     Given the renown of the New Balance 990 and Golden Goose's use of a virtually

identical trade dress, the color grey, and the model name "Dad-Star," ordinary consumers are

likely to be confused and erroneously believe that New Balance has an affiliation, connection, or

association with the Golden Goose shoe, or that New Balance has sponsored or approved the use

of the design by Golden Goose.

74.     Indeed, actual confusion has already occurred:



*See* https://twitter.com/Chasee4Chasee/status/1678428236768788483?s=20, visited July 11,

2023.

75.     Golden Goose's conduct is likely to cause initial interest, forward, reverse, and/or

post-sale confusion, to the irreparable harm and detriment of New Balance and the substantial

goodwill it has developed in its 990 Trade Dress.

76.     Golden Goose's infringement of New Balance's trade dress has and will

irreparably harm New Balance and the substantial goodwill New Balance has developed in the

same.  It also has and will cause monetary harm in an amount to be determined at trial.

## COUNT I
### (False Designation of Origin—15 U.S.C. § 1125(a))

77.    New Balance repeats and realleges the allegations contained in paragraphs 1 through 76 above as if fully set forth herein.

78.    As described above, New Balance owns valid and protectable rights in the distinctive 990 Trade Dress for footwear.

79.    New Balance's ownership and exclusive use in commerce of the 990 Trade Dress for footwear predates the use by Golden Goose of its "Dad-Star" design on footwear.

80.    Upon information and belief, Golden Goose's conduct is willful and intentional and intended to free-ride off the goodwill associated with the 990 Trade Dress.  Golden Goose is and was at all relevant times both actually and constructively aware of New Balance's prior use and ownership, and Golden Gooses' conduct is therefore also willful and intentional.

81.    Golden Goose uses the confusingly similar design in connection with the "Dad-Star" footwear, as described above, in interstate commerce in connection with the sale, offering for sale, distribution, and/or advertising of its footwear.

82.    Golden Goose's use in commerce of the confusingly similar design, as described above, constitutes false designation of origin in violation of 15 U.S.C. § 1125(a)(1)(A) in that it is likely to cause confusion, to cause mistake, or to deceive as to the affiliation, connection, or association of Golden Goose with New Balance and/or as to the origin, sponsorship, or approval by New Balance of Golden Goose's goods, services, or commercial activity.

83.    In addition, setting aside the specific trade dress, Golden Goose has employed marketing strategies that are intended to create an association between its products and the New Balance brand, including using a similar design, featuring the prominent use of grey colorways

mimicking New Balance's core colorways, and naming the shoe the "Dad Shoe."  These actions constitute false designation of origin in violation of 15 U.S.C. § 1125(a)(1)(A) in that it is likely to cause confusion, to cause mistake, or to deceive as to the affiliation, connection, or association of Golden Goose with New Balance and/or as to the origin, sponsorship, or approval by New Balance of Golden Goose's goods, services, or commercial activity.

84.     As described above, Golden Goose's use of grey colorways and the model name "Dad-Star" increases the likelihood of confusion and demonstrates a willful effort to free ride on New Balance's goodwill.

85.     As a direct and proximate result of Golden Goose's violations of 15 U.S.C. § 1125, New Balance has been and will continue to be damaged.

86.     Upon information and belief, Golden Goose has realized, and continue to realize, substantial revenues, profits, and other benefits rightfully belonging to New Balance as a result of its wrongful conduct.

87.     Golden Goose's conduct is causing and will continue to cause New Balance to suffer irreparable harm and, unless Golden Goose is restrained, New Balance will continue to be so damaged, because it has no adequate remedy at law.

## COUNT II
### (Trademark Infringement—Mass. Gen. L. C. 110H §§ 11-14, 16)

88.     New Balance repeats and realleges the allegations contained in paragraphs 1 through 87 above as if fully set forth herein.

89.     As described above, New Balance owns valid and protectable rights in the distinctive 990 Trade Dress for footwear.

90.     New Balance's ownership and exclusive use in commerce of its 990 Trade Dress for footwear predates the use by Golden Goose of the confusingly similar design in connection with the "Dad-Star" footwear.

91.     Upon information and belief, Golden Goose's conduct is willful and intentional and intended to free-ride off the goodwill associated with the 990 Trade Dress.  Golden Goose is and was at all relevant times both actually and constructively aware of New Balance's prior use and ownership of the 990 Trade Dress, and Golden Goose's conduct is therefore also willful and intentional.

92.     Golden Goose's adoption and use of the confusingly similar design in connection with the "Dad-Star" footwear in Massachusetts and elsewhere in connection with the sale, offering for sale, distribution, and/or advertising of its footwear is likely to cause confusion among relevant consumers.

93.     Golden Goose's use of a confusingly similar mark, as described above, constitutes trademark infringement in violation of Mass. Gen. Laws ch. 110H §§ 12 and 14 in that it is without New Balance's consent and is likely to cause confusion, mistake, and/or deception among consumers, all to the irreparable injury of New Balance and the goodwill it has developed in the 990 Trade Dress.

94.     As described above, Golden Goose's use of grey colorways and the model name "Dad-Star" increases the likelihood of confusion and demonstrates a willful effort to free ride on New Balance's goodwill.

95.     As a direct and proximate result of Golden Goose's violations of Mass. Gen. Laws ch. 110H §§ 12 and 14, New Balance has been and will continue to be damaged.

96.     Upon information and belief, Golden Goose has realized, and continue to realize, substantial revenues, profits, and other benefits rightfully belonging to New Balance as a result of its wrongful conduct.

97.     Golden Goose's conduct is causing and will continue to cause New Balance to suffer irreparable harm and, unless Golden Goose is restrained, New Balance will continue to be so damaged, because it has no adequate remedy at law.

**COUNT III**
**(Massachusetts Statutory Dilution—Mass. Gen. L. C. 110H § 16)**

98.     New Balance repeats and realleges the allegations contained in paragraphs 1 through 97 above as if fully set forth herein.

99.     As described above, New Balance owns valid and protectable rights in the distinctive 990 Trade Dress for footwear.

100.     New Balance's ownership and exclusive use in commerce of its 990 Trade Dress for footwear predates the use by Golden Goose of the confusingly similar design in connection with the "Dad-Star" footwear.

101.     Upon information and belief, Golden Goose's conduct is willful and intentional and intended to free-ride off the goodwill associated with the 990 Trade Dress. Golden Goose is and was at all relevant times both actually and constructively aware of New Balance's prior use and ownership of the 990 Trade Dress, and Golden Goose's conduct is therefore also willful and intentional.

102.     Golden Goose's adoption and use of the confusingly similar design in connection with the "Dad-Star" footwear as described above, constitutes statutory dilution in that it is without New Balance's consent and has created and will continue to create a likelihood of injury to New Balance's reputation and/or a likelihood of dilution of the distinctive quality of the 990

Trade Dress in violation of Mass. Gen. Laws ch. 11H § 13.

103.    As a direct and proximate result of Golden Goose's dilution of the 990 Trade

Dress, New Balance has been and will continue to be damaged.

104.    Golden Goose's conduct is causing and will continue to cause New Balance to

suffer irreparable harm and, unless Golden Goose is restrained, New Balance will continue to be

so damaged, because it has no adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, New Balance respectfully requests the following relief:

A.    That this Court enter judgment that: (i) Golden Goose's use of the confusingly

similar design in connection with the "Dad-Star" footwear constitutes false designation of origin

in violation of 15 U.S.C. § 1125; (ii) Golden Goose has infringed the 990 Trade Dress in

violation of Mass. Gen. L. C. 110H §§ 11-14, 16; (iii) Golden Goose has diluted the 990 Trade

Dress in violation of Mass. Gen. L. C. 110H § 16; and that all of the foregoing wrongful

activities by Golden Goose were willful;

B.    That this Court enjoin Golden Goose, its employees, agents, servants, and all in

privity or acting in concert with any of them, from using the 990 Trade Dress, or any

derivative(s) thereof or any design(s) confusingly similar thereto, in commerce on or in

connection with Golden Goose's footwear;

C.    That this Court enter an injunction against further infringement and false

designation of origin concerning the 990 Trade Dress, and further unfair competition and unfair

or deceptive acts or practices related thereto, by Golden Goose and its employees, agents,

servants, and all in privity or acting in concert with any of them, including at least from selling,

offering to sell, distributing, importing, or advertising the infringing products, or any other

apparel products that use a copy, reproduction, or colorable imitation of the 990 Trade Dress;

D.      That this Court enter an order recalling all of Golden Goose's footwear products bearing the 990 Trade Dress, or any design confusingly similar thereto, presently manufactured, sold, and/or distributed, and providing for a full refund for all recalled infringing products;

E.      That this Court enter an order directing the destruction of: (i) all infringing products, including all recalled infringing products; (ii) any other footwear products that use a copy, reproduction, or colorable imitation of the 990 Trade Dress in Golden Goose's possession or control; (iii) all advertising materials related to the infringing products in Golden Goose's possession, custody, or control, including on the Internet, pursuant to at least 15 U.S.C. § 1118;

F.      That this Court require an accounting of profits by Golden Goose;

G.      That this Court award New Balance Golden Goose's profits, New Balance's actual damages, enhanced damages, exemplary damages, costs, prejudgment and post judgment interest, and reasonable attorneys' fees pursuant to at least 15 U.S.C. §§ 1125(a), 1116, and/or 1117, and Mass. Gen. L. C. 110H §§ 11-14, 16; and

H.      That this Court award New Balance such other and further relief that this Court deems just and proper.

## **JURY DEMAND**

New Balance demands a trial by jury of all claims so triable.

**\*\*\*\***

Respectfully submitted,

NEW BALANCE ATHLETICS, INC.
*By its attorneys*,

/s/ Mark S. Puzella
ORRICK, HERRINGTON & SUTCLIFFE LLP
Mark S. Puzella (BBO# 644850)
R. David Hosp (BBO# 634091)
222 Berkeley Street, Suite 2000
Boston, MA, 02116
Telephone:  617.880.1800
mpuzella@orrick.com
dhosp@orrick.com

Dated: August 18, 2023