# EXHIBIT 1



Prop Stylist: Simon Abranowicz

Style

# New Balance 990v5: How—and Why—New Balance Updated an All-Time Classic Shoe

The secret? Don't mess with it too much.

By **Cam Wolf**

Photography by **Matt Martin**

April 12, 2019

*All products featured on GQ are independently selected by our editors. However, when you buy something through our retail links, we may earn an affiliate commission.*

The tagline for the New Balance 990v5—"Worn by supermodels in London and dads in Ohio"—is simultaneously self-effacing and a braggadocious flex. The reason for the shoe's ultra-broad success? It's looked about the same since it was introduced in 1982: plain gray, with a sole chunky enough to make it work for fashion types and AARP members.

And yet New Balance continues to take its classic sneaker and do the unthinkable: mess with it—this is the v5, after all, following versions one through four. To be clear, this is rare in the sneaker world: all-timers like the Air Force 1, Jordan 1, and Stan Smith are left well enough alone (barring changes in colorway and materials). When Converse updated the Chuck Taylor a couple years ago with a more comfortable sole it was treated as if someone were taking a chisel to the statue of David.



Although the differences between New Balance's 990v4 and v5 are negligible enough—beyond a plasticy TPU "power strap" towards the heel—the notion of a brand changing up its most successful shoe at all can be head-scratching. It's also scary. "There is *always* a fear," Eric Vassall, a product manager at New Balance tells me.

New Balance obviously found a sort of magical balance with the initial 990 model, and Vassall says the brand is careful not to tweak much from one version to the next. "We want to just focus on the one to two things we want to do and create excitement about it, and not sort of lose consumers from doing a little bit too much on the shoe," Vassall says. This latest version takes a shoe that was already preferred by geriatric power walkers and adds a new, even more pillowy insert. The American flag emblem on the sneaker's tongue is—hold your applause—now reflective when viewed from any angle. The mesh sections on the shoe's upper have been moved around slightly—the wing-shaped bits around the *N* logo are now gone. Other than that, the shoes are almost exactly the same: they're still sold primarily in gray, and they still cost $175—a far cry from what similarly dad-inspired high fashion shoes cost.



That the price is considered relatively mellow is a curious development for a shoe made with the explicit intention of being the most expensive one on the market. When New Balance developed the 990 in 1982, designers and producers worked under a directive from owner Jim Davis to make the first $100 shoe. The unprecedented-at-the-time pricetag turned the shoe into a silent symbol of wealth. "Down in Baltimore, the OG is the guy who wears it and he'll see other people wearing it and he's like, 'How are you wearing that? You can't afford that.' It's a status symbol kind of thing," Vassall says. He explains that the idea of the 990 as an I-made-it sneaker crosses over to lawyers, doctors, dads, and even fraternity brothers in the south, where the shoe is known as the "frat cruiser."

The 990s are an interesting litmus test in 2019. They are a mostly generic canvas, and potential customers can cast them in a wide variety of roles: it's the shoe with the comfy insert that will get them through AM power walking, the status symbol that will make getting a bid from Sigma Alpha Epsilon a breeze, the sneaker that will help them chase down the kid who just learned how to ride a scooter, or the *piece de hypesistance* that will stand out at the Clout Corridor. One day, trends might move on from the 990. But I'd bet good money that years from now I'll spot the shoe on a pack of pruney joggers and run out to grab the latest version.



**New Balance Made In US 990v5**

New Balance Made in US 990v5

**$175 AT NEW BALANCE**

Watch:

**John Mayer Explains His Personal Style**