UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW BALANCE ATHLETICS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOLDEN GOOSE USA, INC.,<br><br>    Defendant. | C.A. No. 23-cv-11898 |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies that Plaintiff New Balance Athletics, Inc. is a Massachusetts corporation with its principal place of business at 100 Guest Street, Boston, Massachusetts 02135.  The parent corporation of Plaintiff New Balance Athletics, Inc. is New Balance, Inc., a Massachusetts corporation. New Balance Inc.'s parent corporation is New Balance Holdings, Inc. There are no shares held by any public company.

    Respectfully submitted,

    NEW BALANCE ATHLETICS, INC.
    *By its attorneys*,

    */s/ Mark S. Puzella*
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    Mark S. Puzella (BBO# 644850)
    R. David Hosp (BBO# 634091)
    222 Berkeley Street
    Boston, MA, 02116
    Telephone:  617.880.1800
    mpuzella@orrick.com
    dhosp@orrick.com

Dated: August 18, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2023, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system. Additionally, a copy of the foregoing will be served on the Defendant Golden Goose USA, Inc.