# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW BALANCE ATHLETICS, INC.,<br><br>*Plaintiff*,<br><br>- against -<br><br>GOLDEN GOOSE USA, INC.,<br><br>*Defendant*. | Civil Action No.: 23-cv-11898 (WGY)<br><br>**STIPULATED DISMISSAL** |
| GOLDEN GOOSE USA, INC.,<br><br>*Counterclaim Plaintiff*,<br><br>- against -<br><br>NEW BALANCE ATHLETICS, INC.,<br><br>*Counterclaim Defendant*. | |

It is hereby stipulated and agreed by and between Plaintiff/Counterclaim-Defendant New Balance Athletics, Inc. ("New Balance") and Defendant/Counterclaim-Plaintiff Golden Goose USA, Inc. ("Golden Goose") that all of New Balance's claims in this action are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and Golden Goose USA, Inc.'s counterclaims are dismissed without prejudice. New Balance and Golden Goose shall each bear its own costs and attorneys' fees in this action.

Dated: April 5, 2024

By: */s/ Mark S. Puzella*  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
Mark S. Puzella (BBO# 644850)  
R. David Hosp (BBO# 634091)  
Sheryl Garko (BBO# 657735)  
Laura B. Najemy (BBO# 678756)  
Ashlie S. Smith (BBO# 698623)  
222 Berkeley Street  
Boston, MA 02116  
Telephone: 617.880.1800  
mpuzella@orrick.com  
dhosp@orrick.com  

*Attorneys for Plaintiff and Counterclaim-Defendant New Balance Athletics, Inc.*

By: */s/ John P. Margiotta*  
FROSS ZELNICK LEHRMAN & ZISSU, P.C.  
John P. Margiotta (admitted *pro hac vice*)  
jmargiotta@fzlz.com  
Shelby P. Rokito (admitted *pro hac vice*)  
srokito@fzlz.com  
151 West 42nd Street, 17th Floor  
New York, New York 10036  
Tel: (212) 813-5900  

Goulston & Storrs P.C.  
Jennifer Furey (BBO No. 634174)  
jfurey@goulstonstorrs.com  
400 Atlantic Avenue  
Boston, Massachusetts 02110-3333  
Tel: (617) 574-2259  

*Attorneys for Defendant and Counterclaim-Plaintiff Golden Goose USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark S. Puzella*
Mark S. Puzella